## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

### IN ADMIRALTY

IN THE MATTER OF THE:

COMPLAINT OF WILLIAM H. LEFKOWITZ,
TRUSTEE OF THE JOHN HUGH
MACMILLAN, III, LIVING TRUST,
AS FORMER OWNER OF THE YACHT,
"HAT TRICK", FOR EXONERATION FROM OR
LIMITATION OF LIABILITY.

_____/

CASE NO: **99-6350**

**CIV-ZLOCH**

MAGISTRATE JUDGE
SELTZER

### AFFIDAVIT OF PENDING FREIGHT

STATE OF FLORIDA      )
                      )SS
COUNTY OF BROWARD     )

Before me, the undersigned authority, this date personally appeared, William H. Lefkowitz, who by me first being duly sworn deposes and states:

1. I, William H. Lefkowitz, Trustee of the John Hugh MacMillan, III, Living Trust, was in deed sole owner of the M/Y HAT TRICK on November 15, 1998. In my capacity as Trustee, I am familiar with the operation of the M/Y HAT TRICK and can state that the vessel was not in commercial service on November 15, 1998, and, consequently no freight was paid or is payable as a result of the vessels activities on November 15, 1998.

FURTHER AFFIANT SAYETH NAUGHT.

William H. Lefkowitz, as Trustee
of the John Hugh MacMillan, III,
Living Trust, as former owner of the
Motor Yacht HAT TRICK

SWORN TO AND SUBSCRIBED BEFORE ME, on this, the 22nd day of March, 1999 by William H. Lefkowitz, who was personally known to me or who produced _____ as identification.

_____
Notary Public
My Commission Expires
(seal)

Robert D. McIntosh
MY COMMISSION # CC518394 EXPIRES
February 10, 2000
BONDED THRU TROY FAIN INSURANCE, INC.

RMO/L.AFFID/101977/13804.032

2

ADORNO & ZEDER, P.A.
888 SOUTHEAST 3RD AVENUE, SUITE 500 • FORT LAUDERDALE   FLORIDA 33335-9002 • TELEPHONE (954)523-5885 • TELEFAX (954) 760-9531